

**HERZFELD &
RUBIN, P.C.**
ATTORNEYS AT LAW    125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500  FAX 212 344-3333  WWW.HERZFELD-RUBIN.COM

Joseph E. Donat
Direct Line: (212) 471-8463
jdonat@herzfeld-rubin.com

July 31, 2014

<u>By Overnight Courier</u>

Mr. Claude Galland and Mrs. Violaine Galland
166 West 75th Street, Suite 1208
New York, New York 10023

Paristudios
166 West 75th Street, Suite 1214
New York, New York 10023

Mr. James Johnston and Mrs. Judith Johnston
1025 Pinecrest Terrace
Ashland, Oregon 97520

> Re:   **Claude Galland, et al. v. James Johnston, et al.
>        Docket No. 14-CV-4411
>        Our File No.: 23463.0161**

Dear Ladies and Gentlemen:

     We represent defendants, Stephen Bowden and Terri Bowden in the above captioned litigation. We contacted the chambers of the Honorable Magistrate Judge Ronald L. Ellis today to inquire about the return date of the motion made on behalf of defendants, James Johnston and Judith Johnston. We were directed to contact all parties to this litigation to determine your availability during the week of August 4, 2014 through August 8, 2014 for an initial conference with the Court.

     Please advise of your availability to attend an initial conference next week. The Court recognizes that James and Judith Johnston do not reside in New York, and Amy Robinson, one of Judge Ellis' law clerks, indicated that James and Judith Johnston may make an application to the Court to appear by telephone, but advised that initial conferences are usually held in person.



Ms. Robinson also indicated with respect to the time of day at which the conference may be held, that mornings are preferable. Ms. Robinson can be reached by telephone at (212) 805-0242.

Very truly yours,

Joseph E. Donat

cc:
Ms. Amy Robinson
The Chambers of the Honorable Ronald L. Ellis
Southern District of New York
U.S. Courthouse
500 Pearl Street, Courtroom 11C
New York, New York 10007