UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

FILED: 8-4-14

CLAUDE GALLAND, et al.,

                       Plaintiffs,

    - against -

JAMES JOHNSTON, et al.,

                       Defendants.

ORDER

14-CV-4411 (RJS) (RLE)

RONALD L. ELLIS, United States Magistrate Judge:

    IT IS HEREBY ORDERED that the Parties appear for a TELEPHONIC CONFERENCE with the Court on **August 7, 2014 at 4:00 p.m.** On the day of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, 500 Pearl Street, Room 1970, at **212-805-0563**. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212-805-0242.

SO ORDERED this 4th day of August 2014
New York, New York

                                                     The Honorable Ronald L. Ellis
                                                     United States Magistrate Judge

**MAILED BY CHAMBERS**