UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAUDE GALLAND; VIOLAINE GALLAND/ PARISTUDIOS, | **NOTICE OF APPEARANCE** |
| Plaintiff(s), | Index No. 14-CV-4411-SU |
| -against- | |
| JAMES JOHNSTON; JUDITH JOHNSTON; STEPHEN BOWDEN; TERRI BOWDEN, | |
| Defendant(s). | |

**SIR(S):**

**PLEASE TAKE NOTICE**, that the defendants, JAMES JOHNSTON AND JUDITH JOHNSTON, hereby appear in the above captioned action, and that the undersigned has been retained as Attorneys for said Defendants.

**PLEASE TAKE FURTHER NOTICE** that a demand is hereby made that all future pleadings, notices, correspondences, etc., be served directly upon the undersigned on behalf of said defendant(s).

Dated: Bohemia, New York
August 6, 2014

Yours, etc.,
**DeSENA & SWEENEY, LLP**

CLAUDE AND VIOLAINE GALLAND
166 WEST 75TH STREET
NEW YORK, NEW YORK 10023
(917) 770-1046

_____S/_____
**PAUL J. FELICIONE, ESQ.(7795)**
Attorney(s) for Defendant(s)
JAMES JOHNSTON AND JUDITH JOHNSTON 1500 Lakeland Avenue
Bohemia, NY 11716
(631) 360-7333
File Number: 14SF0262SDNY
Claim Number: 37-33V0-980

HERZFELD & RUBIN, P.C.
Attorney(s) for Defendant(s)
STEPHEN BOWDEN AND TERRI BOWDEN
125 Broad Street
New York, New York 10004
(212) 471-8500