UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDE GALLAND; VIOLAINE GALLAND/ PARISTUDIOS,

                     Plaintiff(s),

-against-

JAMES JOHNSTON; JUDITH JOHNSTON; STEPHEN BOWDEN; TERRI BOWDEN,

                     Defendant(s).

**Affirmation In Opposition**

Index No. 14-CV-4411-SU

**PAUL J. FELICIONE, ESQ**., an attorney duly admitted to practice law before the Courts of the United States District Court for the Southern District of New York, affirms the following to be true under the penalties of perjury:

1. I am with the law offices of **DeSENA & SWEENEY, LLP**, attorneys of record for defendants, JAMES JOHNSTON AND JUDITH JOHNSON, and as such, am familiar with the facts and circumstances of this action. The source of my knowledge and information are the records maintained by your affirmant's office in the course of the defense of this action.

2. This affirmation is submitted in opposition to plaintiffs' second motion to "amend the complaint".

3. The motion should be denied in the first instance since it is procedurally defective in that it does not have a return date.

4. In addition, this Court has already taken under submission the defendants' motion to dismiss that was submitted to the Court for decision on August 8, 2014. The plaintiffs are attempting to cure the deficiencies in their original complaint by serving the instant motion. The

   plaintiffs have already cross-moved to amend their complaint in their opposition to the motion to dismiss. Your affirmant is not sure of exactly why plaintiffs are serving a second motion seeking duplicative relief.

5. It is respectfully submitted that the plaintiffs' second motion to amend the complaint should be denied in its entirety.

WHEREFORE, it is respectfully submitted that the plaintiffs' second motion to amend the complaint should be denied in its entirety.

  Dated: Bohemia, New York
     September 12, 2014

             Yours, etc.,
             D*E*SENA & SWEENEY, LLP

CLAUDE AND VIOLAINE GALLAND
166 WEST 75TH STREET     _____S/_____
NEW YORK, NEW YORK 10023  **PAUL J. FELICIONE, ESQ.(7795)**
(917) 770-1046         Attorney(s) for Defendant(s)
               JAMES JOHNSTON AND JUDITH
HERZFELD & RUBIN, P.C.    JOHNSTON 1500 Lakeland Avenue
Attorney(s) for Defendant(s)   Bohemia, NY 11716
STEPHEN BOWDEN AND TERRI (631) 360-7333
BOWDEN           File Number: 14SF0262SDNY
125 Broad Street        Claim Number: 37-33V0-980
New York, New York 10004
(212) 471-8500