UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| CLAUDE GALLAND, VIOLAINE GALLAND, PARISTUDIOS<br><br>Plaintiffs,<br><br>-against-<br><br>JAMES JOHNSTON, JUDITH JOHNSTON, STEPHEN BOWDEN, TERRI BOWDEN<br><br>Defendants. | **NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS TO DISMISS THE COMPLAINT AND IN OPPOSITION TO BOTH MOTIONS TO AMEND THE COMPLAINT**<br><br>Civil Action No.: 14 CV 4411<br><br>(Judge Richard J. Sullivan)<br>(Magistrate Judge Ronald L. Ellis) |

-----------------------------------------------------------------x

| | |
|---|---|
| MOTION BY: | HERZFELD & RUBIN, P.C.<br>Attorneys for Defendants<br>Stephen Bowden and Terri Bowden<br>125 Broad Street<br>New York, New York 10004 |
| DATE, AND PLACE OF HEARING | November 13, 2014, on submission to the Honorable United States Magistrate Judge Ronald L. Ellis, United States Courthouse, 500 Pearl Street, New York, New York 10007-1312 |
| SUPPORTING PAPERS: | Affidavit of Terri Bowden, sworn to on September 25, 2014, and the exhibits annexed thereto, Affirmation of Joseph E. Donat, dated October 13, 2014, and the exhibits annexed thereto, Local Civil Rule 56.1(a) Statement, dated October 13, 2014, and all prior pleadings and proceedings heretofore had herein. |
| RELIEF DEMANDED: | For an Order pursuant to Fed. R. Civ. P. 12(c) granting judgment to defendants Stephen Bowden and Terri Bowden, on the pleadings, dismissing the Complaint and denying both of plaintiffs' motions to amend the Complaint. |

Dated: New York, New York
      October 13, 2014

                                          Respectfully submitted,

                                          _____
                                          Joseph E. Donat
                                          HERZFELD & RUBIN, P.C.
                                          Attorneys for Defendants
                                          Stephen Bowden and Terri Bowden
                                          125 Broad Street
                                          New York, New York 10004
                                          (212) 471-8463

TO:

Mr. Claude Galland
Ms. Violaine Galland
166 West 75th Street
New York, New York 10023

Paul J. Felicione, Esq.
DeSena & Sweeney, LLP
Attorneys for Defendants
James Johnston and Judith Johnston
1500 Lakeland Avenue
Bohemia, New York 11716
(631) 360-7333
File No.: 14SF0262SDNY
Claim No.: 37-33V0-980

1058048_1