IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAUDE GALLAND, VIOLAINE GALLAND, PARISSTUDIOS<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES JOHNSTON, JUDITH JOHNSTON, STEPHEN BOWDEN, TERRI BOWDEN,<br>Defendant. | Case No:   14 CV 4411<br><br>ANSWER AND AFFIRMATIVE DEFENSES |

COMES NOW Defendants, James and Judith Johnston, and hereby admits, denys, and alleges as follows:

### I. AS TO PARTIES IN THIS COMPLAINT

1. Defendants are without knowledge of the facts alleged in Paragraph 1 of Plaintiff's Complaint and therefore denies the same except admits that James and Judith Johnston reside at 1025 Pinecrest Terrace, Ashland, Oregon 97520.

### II. AS TO THE BASIS OF JURISDICTION

2. Admits that federal court jurisdiction is Diversity of state Citizenship and Defendants Johnston reside in Oregon, but is without sufficient information to form a belief as to the remainder of the allegations and therefore denies the same.

### III. AS TO STATEMENT OF CLAIM

3. Defendant denies each and every other material allegation of Plaintiff's Complaint

2015 APR 13 A 11:34
SDNY PRO SE OFFICE
RECEIVED

## IV FIRST AFFIRMATIVE DEFENSE

Failure to State a Claim for Relief

4. Plaintiffs have failed to state a claim upon which relief could be granted.

## SECOND AFFIRMATIVE DEFENSE

Ambiguity

5. The terms of any alleged contract entered into between the parties are ambiguous and there has been no breach of contract by defendants, James and Judith Johnston. (hereinafter "Johnstons")

## THIRD AFFIRMATIVE DEFENSE

6. As a third, separate, and affirmative defense to the unverified Complaint on file herein, Defendants Johnstons are informed and believe, and on such information and belief, allege that by reason of Plaintiffs' conduct which constitutes a breach of contract, tortious conduct, waiver, unclean hands, and laches, Plaintiffs are estopped to assert any right of relief

## FOURTH AFFIRMATIVE DEFENSE

Breach of Contract

7. As a seventh, separate, and affirmative defense to the unverified Complaint on file herein, Defendants Johnstons are informed and believe, and on such information and belief, allege that Plaintiffs breached their contract, if any, with Defendants and by reason of such breach of contract, Defendants Johnstons have been excused of any duty it may have had to perform any obligation set forth in any agreement with Plaintiffs, if there be such an agreement.

## FIFTH AFFIRMATIVE DEFENSE

Waiver

8. As a fifth, separate, and affirmative defense to the unverified Complaint on file herein, Defendants Johnstons are informed and believe, and on such information and belief, allege that Plaintiffs engaged in conduct that constitutes waiver of their rights, including, but not limited to breach of contract and breach of implied duty of habitability of premises. By reason of such waiver, Defendants Johnston are excused from the performance of the obligation of the alleged contract.

## SIXTH AFFIRMATIVE DEFENSE

Unconscionability

9. As a sixth, separate, and affirmative defense to the unverified Complaint on file herein, Defendants Johnstons allege that the agreement, if any, was unconscionable.

## SEVENTH AFFIRMATIVE DEFENSE

Lack of Consideration

10. As a Seventh, separate, and affirmative defense to the unverified Complaint on file herein Defendants Johnstons alleged that the agreement or act required of them or requesting they refrain from acting when they had a legal right to do so, lacked consideration.

## EIGHTH AFFIRMATIVE DEFENSE

Fraud/Misrepressentation

11. As an Eighth, separate, and affirmative defense to the unverified Complaint on file herein Defendants Johnstons alleged that Plaintiffs fraudulently misrepresented the condition of the premises in order to induce them to enter into an agreement. By reason of such fraud or

misrepresentation, Defendants Johnstons are excused from the performance of the obligation of the alleged contract.

## NINTH AFFIRMATIVE DEFENSE

### Full Performance

12. As an Ninth, separate and affirmative defense to the unverified complaint, Defendants Johnstons allege that their full performance of any agreement or act required of it, if there be such agreements or acts, fulfills all its duties and obligations to Plaintiffs, if any there be, contractual, fiduciary, or other, and no other duty or obligation to Plaintiffs remains on behalf of these Defendants.

## TENTH AFFIRMATIVE DEFENSE

### Failure to Mitigate

13. As a Tenth, separate, and affirmative defense to the unverified Complaint on file herein Defendants Johnstons allege that at all times material herein, Plaintiffs failed and neglected to mitigate their damages so as to reduce and/or diminish their claim.

## PRAYER

WHEREFORE, having fully answered plaintiff's Complaint, defendant prays for the following relief:

1. A judgment dismissing plaintiff's complaint with prejudice.
2. Costs and Disbursement incurred herein;
3. Any other relief which the Court deems just and proper.

Respectfully Submitted this 9th day of April, 2015.

By _/s/ James M. Johnston/_      By _/s/ Judith Johnston/_
James M. Johnston, Defendant         Judith Johnston, Defendant
1025 Pinecrest Terr, Ashland, OR 97520   1025 Pinecrest Terr, Ashland, OR 97520
(503) 482-5556                           (503) 482-5556

CERTIFICATE OF SERVICE

We, hereby certify that on the 10th day of April, 2015, we deposited true copy of the ANSWER AND AFFIRMATIVE DEFENSES in first class mail to the following:

CLAUDE GALLAND
166 West 75th Street, Suite 1208
New York, New York 10023

VIOLAINE GALLAND
166 West 75th Street, Suite 1208
New York, New York 10023

PARISTUDIOS
166 West 75th Street, Suite 1208
New York, New York 10023

JOSEPH E. DONAT, Esq.
Herzfeld & Rubin, PC
125 Broad Street
New York, NY 10004


By _James M. Johnston_ (signature)
James M. Johnston
1025 Pinecrest Terrace
Ashland, OR 97520
(503) 482-5556

By _Judith Johnston_ (signature)
Judith Johnston
1025 Pinecrest Terrace
Ashland, OR 97520
(503) 482-5556

United States District Court of the Southern District of New York

Attn: Pro Se Intake Unit

Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Rm 200
New York, New York   10007

Pro Se Intake Clerk: Re: Case No. 14 CV 4411

The enclosed must be filed by MONDAY, APRIL, 13, 2015

Thank you,

*Judith E. Johnston*

Judith E. Johnston
Defendent: Galland vs Johnston

Cell no. 541-944-5068

RECEIVED
SDNY PRO SE OFFICE
2015 APR 13  A 11: 33

Ashland, Or. 97520

RECEIVED
PRO SE OFFICE
2015 APR 13 A 11: 33

Attn: Pro Se Intake Clerk
Daniel Patrick Moynihan
US District Court House
500 Pearl St. Rm 200
NY, NY 10007

