UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDE AND VIOLAINE GALLAND, et al.,

                              Plaintiffs,

                                                                                             **ORDER**
          - against -                                             14-cv-4411 (RJS) (RLE)

JAMES JOHNSTON, et al.,

                              Defendants.

RONALD L. ELLIS, United States Magistrate Judge:

     **IT IS HEREBY ORDERED** that the parties are scheduled for a TELEPHONIC CONFERENCE with the Court on **April 29, 2015 at 2:30 p.m.** On the day of the conference, the **attorney's from Herzfeld & Rubin, P.C. shall conference in all the parties and place a telephone call to the chambers of Judge Ronald L. Ellis, at 212-805-0563**. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212-805-0242.

SO ORDERED
April 15, 2015

                                                                    The Honorable Ronald L. Ellis
                                                                    United States Magistrate Judge