UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 15 2015

CLAUDE GALLAND

(List the full name(s) of the plaintiff(s)/petitioner(s).)

14 CV 4411 (RJS)( )

-against-

**NOTICE OF APPEAL**

Bowden, Terri et al;
Johnston, James et al;

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: CLAUDE GALLAND

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the   ☐ judgment   ☑ order   entered on: 3/19/15

(date that judgment or order was entered on docket)

that: Defamation per Se (was) dissmissed, appeal.
Petitioner appeal ONLY a partial ORDER, to restore
Defamation cause of action

(If the appeal is from an order, provide a brief description above of the decision in the order.)

April 15, 2015
Dated

Signature

GALLAND
Name (Last, First, MI)

166 W 75    NY    NY    10023
Address      City   State   Zip Code

(917) 770 1046
Telephone Number

Please Text →
E-mail Address (if available)
(917) 770-1046

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13



```
Court Name: District Court
Division: 1
Receipt Number: 465401122605
Cashier ID: Ewilliam
Transaction Date: 04/15/2015
Payer Name: CLAUDE GALLANU
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: CLAUDE GALLANU
 Amount:         $505.00
-----------------------------------
CREDIT CARD
 Amt Tendered:   $505.00
-----------------------------------
Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00

14CV4411 RJS
```