**MANDATE**

S.D.N.Y. – N.Y.C.
14-cv-4411
Sullivan, J.

# United States Court of Appeals

FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of June, two thousand fifteen.

Present:
    José A. Cabranes,
    Rosemary S. Pooler,
    Christopher F. Droney,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 22, 2015

Violaine Galland, Paristudios

        *Plaintiffs*,

Claude Galland,

        *Plaintiff-Appellant*,

    v.        15-1237

James Johnston, Judith Johnston, Stephen Bowden, Terri Bowden,

        *Defendants-Appellees*.

This Court has determined *sua sponte* that it lacks jurisdiction over this appeal because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. *See Coopers & Lybrand v. Livesay*, 437 U.S. 463, 467 (1978). Upon due consideration, it is hereby ORDERED that the appeal is DISMISSED.

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 07/22/2015