USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-27-15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Claude & Violaine Galland,

                        Plaintiffs,

                -against-

James Johnston, et al.,

                      Defendants.

**STATUS
CONFERENCE ORDER
14-cv-4411  (RJS) (RLE)**

To All Parties,

      You are ORDERED to appear for a STATUS CONFERENCE, to be held on Wednesday, August 5, 2015, at 2:30 p.m. in Courtroom 11C, in front of the Honorable Ronald L. Ellis. No request for adjournment will be considered unless made at least THREE BUSINESS DAYS before the scheduled conference and only after the parties have consulted with each other. Direct inquiries to Rupa Shah, 212-805-0242.

The Honorable Ronald L. Ellis
United States Magistrate Judge

SO ORDERED
July 27, 2015