

**Lisa R.J. Porter, Esq**.
*Admitted in OR and WA*

**Melissa N. Kenney, Esq.**
*Of Counsel, Admitted in MD*

**Lin Hendler, Esq.**
*Of Counsel, Admitted in OR*

VIA ECF

July 31, 2015

Hon. Magistrate Judge Ronald L. Ellis
States District Court Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Galland v. Johnston 14-CV-4411

Honorable Judge Ellis:

As you know, I currently have a motion pending to appear pro hac vice on behalf of James and Judith Johnston in the above matter.  I was noticed on July 27, 2015 of the pending Status Conference scheduled for Wednesday, August 25, 2015 at 2:30 p.m.  On July 29, 2015, I attempted to contact Plaintiffs and Defendants Bowden, through their counsel via email to obtain consent to appear by phone for the status conference.  I spoke with Defendants' counsel, Joseph Donat, on July 30, 2015 and obtained Defendants Bowdens' consent.  However, Plaintiffs have not responded to my correspondence.

In this case, I do intend to appear in person at all hearings where my live appearance is required, however on August 25, 2015, I am scheduled to appear for a Social Security Disability hearing before the Office of Adjudication and Appellate review at 9:00 a.m. in Portland Oregon in the case of Victoria Singer before the Honorable Steve Lynch.  My client has been waiting nearly two years for a hearing and it may not be rescheduled.  I anticipate that the hearing will conclude in time for me to appear in this matter by telephone.  Therefore, I respectfully request an order allowing me to appear by phone so that there is no delay in this matter.

 Thank you for your consideration in this matter.

 Very truly yours,

Lisa R. Porter, Esq.
JP Law, PC.

Cc: Joseph Donat, Esq. (by ECF); Claude Galland West 75th Street, Suite 1208 New York, NY 10023;Violaine Galland West 75th Street, Suite 1208 New York, NY 10023, ParisStudios West 75th Street, Suite 1208 New York, NY 10023