```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-31-15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
Claude Galland & Violaine Galland,

                                          Plaintiff(s),

      -v.-

James Johnston, et al.,

                                          Defendant(s).
-------------------------------------------------------------

NOTICE OF CONFERENCE

14-cv-4411 (RJS) (RLE)

To Counsel(s),

A STATUS CONFERENCE in the above referenced matter has been scheduled for SEPTEMBER 2, 2015 at 10:30 a.m. before Magistrate Judge Ronald L. Ellis, in Courtroom 11C, 500 Pearl Street, New York 10007. No request for adjournment will be considered unless made at least THREE BUSINESS DAYS before the scheduled conference and only after the parties have consulted with each other. Direct inquiries to Rupa Shah, 212-805-0242.

                                                              Rupa Shah
                                                              Courtroom Deputy

Dated: JULY 31, 2015

                                                            **MAILED BY CHAMBERS**