UNITED STATES DISTRICT COURT
DISTRICT OF SOUTHERN NEW YORK

CLAUDE GALLAND, VIOLAINE GALLAND, PARISTUDIOS,

CASE NO. 14 CV 4411

Plaintiffs,

PROPOSE ORDER
FOR ADMISSION
PRO HAC VICE

v.

JAMES JOHNSTON, JUDITH JOHNSTON, STEPHEN BOWDEN, TERRI BOWDEN,

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-2-15

The motion of Lisa R. Johnston Porter or admission Pro Hac Vice in the above captioned action is granted.

The applicant has declared that she is in good standing of the Bars of the states of Oregon and Washington, and that her contact information is as follows:

> Lisa R.J. Porter
> Johnston Porter Law Office, PC.
> 5200 SW Meadows Rd., Suite 150
> Lake Oswego, OR 97035
> (503) 245-6309
> F: (503) 296-2632
> Email: lisa@jplawpc.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel on behalf of Defendants James and Judith Johnston in the above entitled action.

**IT IS HEREBY ORDERED** that Applicant is admitted Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys on this case are subject to the Local Rules of this Court including Rules governing discipline of attorneys.

Dated this __2nd__ day __Oct__, 2015.

_____
UNITED STATES DISTRICT/ MAGISTRATE JUDGE