**UNITED STATES DISTRICT COURT**          Index # 14 CV 4411

**SOUTHERN DISTRICT OF NEW YORK**



To Honorable Judge Ellis,                                    October 6, 2015

The defendants, Johnston and Bowden, have travelled to Paris on a string budget renting from us the most economical accommodation amongst all our properties: therefore we presumed that they are people of modest means. Corollary, it would have been futile to demand a settlement amount they could not honor. At the first court conference, we offered the lowest nominal settlement to wit: $5,000USD, which any honest attorney would not reject as it is lower than legal fees and travel expenses. Yet, to our dismay, the attorneys stormed out of the room <u>without prior consultation with their clients</u>. Their action is self-serving, profiteering, and in violation of the code of ethics. A disciplinary action would be justified.

Furthermore, after one year in court, when evidence for damage was submitted in the court records and several attempts made to get our witness interrogated, the defendants failed to respond. This idleness prejudices us. To break the hiatus, we are personally taking our witness to the law offices and here below the letter we sent to the defendants:

---

To Defendants Bowden and Johnston,

Please note, on October 14th 2015, our witness Mr. Huang will appear in your law offices in New York submit to any interrogation you may wish to conduct.  Should you fail to interrogate him on October 14th 2015, you could do so before November 1st 2015 after which Mr. Huang will be back in China. He will only be available at trial.

**<u>Discovery Demands:</u>**

We reserve the right to add a cause of action of fraud. We demand the following discoveries to be submitted by November 1st 2015.

1. Please disclose all defendant tax records for the past 5 years.
2. Please disclose all vacation destinations, hotels, name of owners of past 10 years.
3. Please disclose all blogs, reviews on internet forums (anonymous or not) for the past 10 years written by every defendants.
4. Please disclose any property listings owned by defendants on VRBO
5. Please disclose all correspondence with Lisa Porter
6. Lisa Porter will disclose a list all vacations with her parents as a teenager.

7. Lisa Porter will disclose all law case instance where she acted as an attorney to her parents
8. Please disclose all correspondence between all defendants pre/post – vacationing in Paris.
9. Please disclose the internet username, email and name of forums of the bloggers who directly corresponded with the Bowden anonymously or not.

Further discovery demands will be demanded after analysis of these discoveries if required.

## EBT

**PLEASE NOTE**

On November 16th 2015, we will conduct the EBT for defendants Johnston.

On November 17th 2015, we will conduct the EBT for defendants Bowden.

EBT will be conducted in New York City at the YALE University Club located at 50 Vanderbilt at 10AM.

Claude and Violaine Galland