```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-28-15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDE GALLAND & VIOLAINE GALLAND,

                     Plaintiffs,

- against -

JAMES JOHNSTON, JUDITH JOHNSTON,
STEPHEN BOWDEN, & TERRI BOWDEN,

                     Defendants.

ORDER

14-CV-4411 (RJS) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Plaintiffs Claude and Violaine Galland bring this diversity action for breach of contract. (Doc. No. 1.) This case was referred to the undersigned for general pretrial matters and dispositive motions requiring Report and Recommendation. (Doc. No. 5.) Following a conference before the Court on September 2, 2015, the Parties were ordered to complete discovery by December 31, 2015. On October 19, 2015, Plaintiffs submitted a letter to the Court, styled as an "Order to Show Cause," seeking (1) "immediate discovery of [their] witness within 10 days"; (2) disclosure of "evidence that Defendants have in their control" by November 1, 2015; and (3) an order for Defendants to appear at a deposition on November 16 and 17, 2015, at the Yale Club in New York, N.Y. (Doc. No. 50 at 9.) Having considered the submissions of the Parties, the Court finds that Plaintiffs have not established that they are entitled to the relief sought.

**IT IS HEREBY ORDERED** that Plaintiffs' requests for relief in their October 19, 2015 letter are **DENIED**.

**SO ORDERED** this 28th day of October 2015
New York, New York

*/s/ Ronald L. Ellis*
The Honorable Ronald L. Ellis
United States Magistrate Judge

A copy of this Order was sent to:

Claude and Violane Galland
166 W. 75th Street, Suite 1214
New York, NY 10023