UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-4-16
```

CLAUDE GALLAND, et al.,

                    Plaintiffs,

-v-

JAMES JOHNSTON, et al.,

                    Defendants.

No. 14-cv-4411 (RJS) (RLE)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Defendants Stephen Bowden and Terri Bowden (the "Bowden Defendants"), dated December 21, 2015, informing the Court that they and Plaintiff have reached a settlement. Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed as to the Bowden Defendants with prejudice. IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

SO ORDERED.

Dated:     January 4, 2016
               New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE

A copy of this Order has been sent to:

Claude and Violaine Galland
166 West 75th St., Suite 1214
New York, NY 10023