USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 1-7-16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

**Claude & Violaine Galland,**

                                                            Plaintiff(s),

    -v.-

**James & Judith Johnston,**

                                                            Defendant(s).
------------------------------------------------------------

**NOTICE OF CONFERENCE**

**14-cv-4411 (RJS) (RLE)**

To Counsel(s),

A TELEPHONE CONFERENCE in the above referenced matter has been scheduled for **JANUARY 21, 2016** at **11:00 a.m.** before Magistrate Judge Ronald L. Ellis. On the day of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at **212-805-0563**. No request for adjournment will be considered unless made at least **THREE BUSINESS DAYS** before the scheduled conference and only after the parties have consulted with each other. Direct inquiries to Rupa Shah, 212-805-0242.

                                                                       Rupa Shah
                                                                       Courtroom Deputy

Dated: **January 7, 2016**

**MAILED BY CHAMBERS**