UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDE GALLAND & VIOLAINE GALLAND,

       Plaintiffs,

- against -

JAMES JOHNSTON & JUDITH JOHNSTON,

       Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-15-16

**ORDER**

**14-CV-4411 (RJS) (RLE)**

**RONALD L. ELLIS, United States Magistrate Judge:**

The undersigned previously scheduled a telephone conference for January 21, 2016, to discuss the discovery issues raised in *pro se* Plaintiffs Claude and Violaine Galland's December 22, 2015 letter. (Doc. No. 56.) On January 14, 2016, Defendants James and Judith Johnson filed a letter raising additional discovery disputes, and requesting that these issues also be discussed at the January 21 conference. (Doc. No. 60.)

**IT IS HEREBY ORDERED** that Defendants' request is **GRANTED.** The matters raised in both letters shall be discussed at the January 21 conference.

**SO ORDERED this 15th day of January 2016**
**New York, New York**

*/s/ Ronald L. Ellis*

**The Honorable Ronald L. Ellis**
**United States Magistrate Judge**

A copy of this Order was sent to:

Claude and Violane Galland
166 W. 75th Street, Suite 1214
New York, NY 10023