UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDE GALLAND & VIOLAINE GALLAND,

                  Plaintiffs,

- against -

JAMES JOHNSTON & JUDITH JOHNSTON,

                  Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-21-16

ORDER

14-CV-4411 (RJS) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a telephone conference in the above captioned case today,

**IT IS HEREBY ORDERED THAT**

(1) Plaintiff's "Motion to Conduct Discovery on Lisa Johnston" (Doc. No. 56.) is **DENIED**;

(2) Parties shall, in conformity with the Federal Rules of Civil Procedure, refile all outstanding discovery requests, including notice of depositions, by **February 4, 2016.**

(3) As explained by the undersigned at the conference, Plaintiffs' failure to participate in discovery may lead to dismissal of their case for failure to prosecute.

SO ORDERED this 21st day of January 2016
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge

A copy of this Order was sent to:

Claude and Violane Galland
166 W. 75th Street, Suite 1214
New York, NY 10023

**MAILED BY CHAMBERS**