PAUL ALAN LEVY
SEAN M. SHERMAN
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, D.C. 20009
(202) 588-7725
plevy@citizen.org
ssherman@citizen.org

LISA R. J. PORTER (pro hac vice)
Johnston Porter Law Office, PC.
5200 SW Meadows Rd. Suite 150
Lake Oswego, Oregon 97035
(503) 245-6309
lisa@jplawpc.com

Attorneys for Defendants Judi and James Johnston

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CLAUDE GALLAND, *et al.*, | ) | **CASE NO. 1:14-cv-04411 (SU)** |
| | ) | |
| Plaintiffs, | ) | **DEFENDANTS' RESPONSE TO** |
| | ) | **ORDER TO SHOW CAUSE** |
| v. | ) | |
| | ) | |
| JAMES JOHNSTON, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

In response to the Court's order that plaintiffs show cause why this action should not be dismissed because of the plaintiffs' failure to submit to a telephone deposition as the Court directed, defendants submit the accompanying affidavit of Lisa Porter, counsel for defendants, explaining her efforts to obtain the oral depositions of the plaintiffs. Defendants' last-minute effort to insist that the deposition be conducted by written questions sent by text message to a mobile telephone did not constitute substantial compliance with the Court's order, and defendants agree that dismissal of the remaining count of the complaint is the proper response to plaintiffs' defiance of the Court's order.

Respectfully submitted,

　/s/  Paul Alan Levy
Paul Alan Levy
Sean M. Sherman
Public Citizen Litigation Group
1600 20th Street, NW
Washington, D.C. 20009
(202) 588-7725
plevy@citizen.org
ssherman@citizen.org

Lisa R. J. Porter (pro hac vice)
Johnston Porter Law Office, PC.
5200 SW Meadows Rd. Suite 150
Lake Oswego, Oregon 97035
(503) 245-6309
lisa@jplawpc.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

      I hereby certify that on this date I am causing a copy of this filing to be served on the pro se plaintiffs, Claude and Violaine Galland, and the entity Parisstudio which is appearing without counsel, by first-class mail, postage pre-paid, at the following addresses. In addition, I am sending a courtesy copy of the filing to Claude Galland by email to the address from which he recently communicated with Ms. Porter, Dr.claudegallande@gmail.com.

Claude and Violaine Galland
Suite 1208
166 West 75th Street
New York, New York 10023

Parisstudio
Suite 1214
166 West 75th Street
New York, New York 10023

                                                    /s/ Paul Alan Levy
                                                   Paul Alan Levy

                                                      Public Citizen Litigation Group
                                                      1600 20th Street, N.W.
                                                      Washington, D.C. 20009
                                                      (202) 588-7725
                                                      plevy@citizen.org

December 15, 2017                                     Attorney for Defendants