UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

CLAUDE GALLAND, et al.,

               Plaintiffs,

        v.

JAMES JOHNSTON, et al.,

               Defendants.

_____

No. 14-cv-4411 (RJS)

**DEFENDANTS' REPLY
TO PLAINTIFF VIOLAINE
GALLAND' RESPONSE TO
ORDER TO SHOW CAUSE**

On December 18, 2017, this Court entered an order dismissing with prejudice Plaintiff Claude Galland's claim for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). This Court further ordered that (1) Plaintiff Violaine Galland show cause no later than January 5, 2018, why she should not be sanctioned for failure to appear at her deposition that was noticed and scheduled to occur on November 2, 2017; and (2) Plaintiff Paristudios, a legal entity that has never been represented by licensed counsel in this matter, show cause no later than January 5, 2018, why its claim should not be dismissed for failure to prosecute. Paristudios has still failed to appear by counsel in this matter.

On January 3, 2018, Plaintiff Violaine Galland submitted a declaration in response to the Court's Order of December 18, 2017. As demonstrated by the accompanying affidavit of Paul Levy and affirmation of Lisa Porter, the exhibits annexed thereto, and arguments that will be presented to the Court at the hearing scheduled for January 12, 2018, Violaine Galland's declaration does not justify her refusal to appear for her deposition on November 2, 2017.

Dated: January 9, 2018                    Respectfully submitted,

                                          /s/ Sean M. Sherman
                                          Sean M. Sherman
                                          Paul Alan Levy
                                          Public Citizen Litigation Group
                                          1600 20th Street NW
                                          Washington, DC 20009
                                          (202) 588-1000
                                          ssherman@citizen.org
                                          plevy@citizen.org

                                          Lisa R. J. Porter (pro hac vice)
                                          Johnston Porter Law Office, PC.
                                          5200 SW Meadows Rd. Suite 150
                                          Lake Oswego, Oregon 97035
                                          (503) 245-6309
                                          lisa@jplawpc.com

                                          *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this date I am causing a copy of this filing to be served on the pro se plaintiff, Violaine Galland, and the entity Paristudios which is appearing without counsel, by first-class mail, postage pre-paid, at the following addresses. In addition, I am sending a courtesy copy of the filing to Claude Galland by email to the address from which he recently communicated with Ms. Porter, Dr.claudegallande@gmail.com.

Violaine Galland
Suite 1208
166 West 75th Street
New York, New York 10023

Paristudios
Suite 1214
166 West 75th Street
New York, New York 10023

/s/ Sean M. Sherman
Sean M. Sherman
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
ssherman@citizen.org

January 9, 2018                              *Attorney for Defendants*